UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:13-cr-00021 |
| | * | 18 U.S.C. § 371 |
| VERSUS | * | |
| | * | JUDGE FOOTE |
| GREG WILLIAMS | * | MAGISTRATE JUDGE HANNA |

## BILL OF INFORMATION

THE UNITED STATES CHARGES:

### COUNT 1

### CONSPIRACY
### 18 U.S.C. § 371

AT ALL TIMES MATERIAL HEREIN:

1. The defendant, GREG WILLIAMS, was employed as an Assistant District Attorney by the District Attorney's Office for the 15th Judicial District for the State of Louisiana, (hereafter, District Attorney's Office) located in Lafayette, Louisiana.

2. The District Attorney's Office was an agency of the State of Louisiana and received federal assistance in excess of $10,000 during a one year period during the existence of the conspiracy.

**THE CONSPIRACY**

3.   Beginning on an unknown date but reasonably near to the 1st day of January, 2010, and continuing until on or about the 27th day of February, 2012, in the Western District of Louisiana, the defendant, GREG WILLIAMS, did conspire, confederate, and agree with others both known and unknown to the United States, to commit the crime of bribery of an agent of a government agency receiving federal funds, in violation of Title 18, United States Code, Section 666(a)(1)(B).

**MANNER AND MEANS OF THE CONSPIRACY**

4.   It was part of the conspiracy that an uncharged co-conspirator (hereafter, co-conspirator #1) would solicit hundreds of thousands of dollars from individuals with criminal charges pending in the 15th Judicial District by promising favorable resolutions of their pending felony and misdemeanor cases, the majority of which were operating a vehicle while intoxicated (hereafter, OWI) cases.

5.   It was further part of the conspiracy that in his effort to deliver on his promises to his "clients" of favorable case resolutions, co-conspirator #1 would pay bribes in the form of cash and other things of value to personnel within the District Attorney's Office and to employees with entities associated with the OWI program in the 15th Judicial District Court.

6.   It was further part of the conspiracy that in exchange for his assistance in obtaining favorable resolutions to cases, the defendant, GREG WILLIAMS, would use his position with the District Attorney's Office to enrich himself by corruptly accepting bribes from co-conspirator #1 in the form of cash and other things of value, intending

2

to be influenced and rewarded in connection with a series of transactions of the District Attorney's Office involving $5,000 or more.

**OVERT ACTS**

7.  In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt act, among others, were committed in the Western District of Louisiana:

On or about the 15th day of December, 2011, the defendant, GREG WILLIAMS, did corruptly accept and agree to accept a cash payment in the amount of $500 from the uncharged co-conspirator, intending to be influenced and rewarded in connection with a transaction and series of transactions of the District Attorney's Office for the 15th Judicial District.

All in violation of Title 18, United States Code, Section 371. [18 U.S.C. § 371].


STEPHANIE A. FINLEY
United States Attorney


BY: _____
JOHN LUKE WALKER (18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette LA 70501-6832
Telephone: (337) 262-6618